UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HEALY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTY MARTEL, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-1671 KJM DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 18, 2018, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 18, 2018 are adopted in full;
2. Plaintiff's claims against defendants Lewis, Church, Singh, Ikegbu, and Malakkla are dismissed without leave to amend;
3. Plaintiff's claim against defendant Williams for the treatment of his shoulder injury is dismissed without leave to amend; and
4. This case is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: August 10, 2018.

_____
UNITED STATES DISTRICT JUDGE