UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF HEALY,

           Plaintiff,

   v.

MARTY MARTEL, et al.,

           Defendants.

No. 2:17-cv-1671 KJM DB P

ORDER

     All parties have stipulated that this action be dismissed. (ECF No. 29.) Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to dismiss this action (ECF No. 27) is granted and this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).

Dated: October 25, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/Heal1671.59c

1